# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150946(41)

ANTHONY DEVARO JONES,
      Plaintiff-Appellant,

v

                                            SC: 150946
                                            COA: 323796

BELLAMY CREEK CORRECTIONAL
FACILITY WARDEN,
        Defendant-Appellee.
                                            Ionia CC: 14-030690-AH

_____/

      On order of the Court, the motion for reconsideration of this Court's May 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



d1116

                                            Clerk